UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| GS HOLISTIC, LLC<br><br>v. | §<br>§<br>§<br>§ | |
|---|---|---|
| SUBLIME SMOKE & VAPE LLC, d/b/a SUBLIME SMOKE &VAPE, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-255-SDJ-AGD |
| DENTON SMOKE SHOP LLC, d/b/a DENTON SMOKE STOP, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-241-SDJ-AGD |
| KASKI KALI LLC, d/b/a KUSH CIGAR, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-249-SDJ-AGD |
| SUPREME SMOKE AND VAPE LLC, d/b/a SUPREME SMOKE AND VAPE, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-256-SDJ-AGD |
| CITY SMOKE SHOP INC., d/b/a CITY SMOKE SHOP, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-264-SDJ-AGD |
| RAD GLASS, INC, d/b/a PPV PIPES, PAPERS, & VAPES, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-265-SDJ-AGD |
| SERANE LLC, d/b/a SMOKE JOINT, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-266-SDJ-AGD |
| AZZADNEEN GROUP #2, LLC, d/b/a SPARK SMOKE, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-268-SDJ-AGD |
| SS & CO INVESTMENTS INC, d/b/a CBD & TOBACCO VILLA, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-283-SDJ-AGD |
| WIZARD'S SMOKE SHOP LLC, d/b/a WIZARD'S VAPOR BAR AND SMOKE SHOP, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-284-SDJ-AGD |

| | | |
|---|---|---|
| ABN BUSINESS GROUP LLC, d/b/a CLOUD VILLE VAPOR AND SMOKE SHOP, ET AL. | § § § | **CIVIL NO.** 4:23-CV-365-SDJ-AGD<br>LEAD CASE |
| HOLLOWAY FOUNDATION LLC, d/b/a SMOKERS XCHANGE, ET AL. | § § § | **CIVIL NO.** 4:23-CV-626-SDJ-AGD |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2024, the Report and Recommendation of the Magistrate Judge, (Dkt. #16), was entered containing proposed findings of fact and the recommendation that Plaintiff's Motion for Default Judgment in member case 4:23-cv-00241, (Dkt. #13), be granted in part and denied in part. No party filed objections to the Report. Having assessed the Report and the record in this case, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment, (Dkt. #13), is **GRANTED in part and DENIED in part**. It is further **ORDERED** that Defendants Shazad S Ali and Denton Smoke Shop LLC each pay $3,000.00 to Plaintiff GS Holistic as statutory damages for trademark infringement. It is further **ORDERED** that Defendants Shazad S Ali and Denton Smoke Shop LLC be jointly and severally ordered to pay Plaintiff GS Holistic $402.00 for the costs of the action. It is finally **ORDERED** that Defendants Shazad S Ali and Denton Smoke Shop LLC deliver to GS Holistic for destruction all counterfeit products, accessories, labels,

- 3 -

signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass trademarks (U.S. Trademark Registration Number 6,174,291, U.S. Trademark Registration Number 6,174,292, and U.S. Trademark Registration Number 6,633,884).

**So ORDERED and SIGNED this 27th day of March, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE