UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC<br><br>v. | §<br>§<br>§<br>§ | |
| SUBLIME SMOKE & VAPE LLC, d/b/a SUBLIME SMOKE &VAPE, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-255-SDJ-AGD |
| DENTON SMOKE SHOP LLC, d/b/a DENTON SMOKE STOP, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-241-SDJ-AGD |
| KASKI KALI LLC, d/b/a KUSH CIGAR, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-249-SDJ-AGD |
| SUPREME SMOKE AND VAPE LLC, d/b/a SUPREME SMOKE AND VAPE, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-256-SDJ-AGD |
| CITY SMOKE SHOP INC., d/b/a CITY SMOKE SHOP, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-264-SDJ-AGD |
| RAD GLASS, INC, d/b/a PPV PIPES, PAPERS, & VAPES, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-265-SDJ-AGD |
| SERANE LLC, d/b/a SMOKE JOINT, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-266-SDJ-AGD |
| AZZADNEEN GROUP #2, LLC, d/b/a SPARK SMOKE, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-268-SDJ-AGD |
| SS & CO INVESTMENTS INC, d/b/a CBD & TOBACCO VILLA, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-283-SDJ-AGD |
| WIZARD'S SMOKE SHOP LLC, d/b/a WIZARD'S VAPOR BAR AND SMOKE SHOP, ET AL. | §<br>§<br>§ | **CIVIL NO.** 4:23-CV-284-SDJ-AGD |

| | | |
|---|---|---|
| ABN BUSINESS GROUP LLC, d/b/a CLOUD VILLE VAPOR AND SMOKE SHOP, ET AL. | § § § | **CIVIL NO.** 4:23-CV-365-SDJ-AGD<br>LEAD CASE |
| HOLLOWAY FOUNDATION LLC, d/b/a SMOKERS XCHANGE, ET AL. | § § § | **CIVIL NO.** 4:23-CV-626-SDJ-AGD |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that Plaintiff's Motion for Default Judgment in member case 4:23-cv-00241, (Dkt. #13), be granted in part and denied in part; Defendants Shazad S Ali and Denton Smoke Shop LLC each pay $3,000.00 to Plaintiff GS Holistic as statutory damages for trademark infringement; Defendants Shazad S Ali and Denton Smoke Shop LLC be jointly and severally ordered to pay Plaintiff GS Holistic $402.00 for the costs of the action; and Defendants Shazad S Ali and Denton Smoke Shop LLC deliver to GS Holistic for destruction all counterfeit products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass trademarks (U.S. Trademark Registration Number 6,174,291, U.S. Trademark Registration Number 6,174,292, and U.S. Trademark Registration Number 6,633,884), the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment in member case 4:23-cv-00241, (Dkt. #13), is **GRANTED in part and DENIED in part**. It is further **ORDERED** that Defendants Shazad S Ali and Denton Smoke Shop

LLC each pay $3,000.00 to Plaintiff GS Holistic as statutory damages for trademark infringement. It is further **ORDERED** that Defendants Shazad S Ali and Denton Smoke Shop LLC are jointly and severally ordered to pay Plaintiff GS Holistic $402.00 for the costs of the action. It is finally **ORDERED** that Defendants Shazad S Ali and Denton Smoke Shop LLC deliver to GS Holistic for destruction all counterfeit products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass trademarks (U.S. Trademark Registration Number 6,174,291, U.S. Trademark Registration Number 6,174,292, and U.S. Trademark Registration Number 6,633,884).

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 27th day of March, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE